1  John Burton, State Bar No. 86029
   jb@johnburtonlaw.com
2  THE LAW OFFICES OF JOHN BURTON
   128 North Fair Oaks Avenue
3  Pasadena, California  91103
   Telephone:   (626) 449-8300

4
   Steffeny Holtz, State Bar No. 177412
5  esqcolombo@aol.com
   THE LAW OFFICES OF STEFFENY HOLTZ
6  880 Apollo Street, No. 229
   El Segundo, California 90245
7  Telephone: (323) 864-3227

8  Attorneys for Plaintiff Randall J Carrier II,
   individually and as the personal representative of
9  Randall J. Carrier, III, deceased

10              **UNITED STATES DISTRICT COURT**

11              **DISTRICT OF CALIFORNIA**

12  RANDALL J. CARRIER, II,                Case No. 2:17-cv-07231-MRW
    individually and as the personal
13  representative of RANDALL J.           **[PROPOSED] ORDER DISMISSING**
    CARRIER, III, deceased,                **ENTIRE ACTION WITH PREJUDICE**
14
              Plaintiff,                   Before United States Magistrate Judge
15                                         Michael R. Wilner

16        v.

17  COUNTY OF LOS ANGELES, LOS
    ANGELES COUNTY SHERIFF'S
18  DEPARTMENT, DEPUTY BERNIE
    NEGRETE, DEPUTY ERIC
19  SANDOVAL, CYNTHIA
    CARREON, R.N., CUSTODY
20  ASSISTANT ABRAHAM FLORES,
    and DOES 2 to 10,
21
              Defendants.
22

23        As stipulated by the parties, the Court, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

24  dismisses the entire action with prejudice, all parties to bear their own fees and costs.

25

26

27  Dated: July 14, 2022

28                                         _____
                                           Michael R. Wilner
                                           United States Magistrate Judge